IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter ~~11~~ 7 |
| | ) | |
| SOMMET GROUP, LLC, | ) | Case No. 3-10-bk-07859 |
| | ) | |
| | ) | |
| Alleged debtor. | ) | |
| | ) | |

**ORDER GRANTING INVOLUNTARY PETITION**

This is before the Court upon the Involuntary Petition filed on July 27, 2010 asserting that the Debtor is generally not paying the Debtor's debts as such debts become due. It appearing to the satisfaction of the Court upon the signature of counsel for the Petitioners and the certificate of service filed with the Court that the Summons issued by the Clerk of the Court on July 28, 2010 was served on the Debtor by U.S. Mail the same day and that no timely response has been filed by the Debtor as required by the Summons and Bankruptcy Rule 1011(b), and accordingly, pursuant to 11 U.S.C. §303(h), the relief requested in the Involuntary Petition should be granted without a hearing, it is

108842-001 8/15/2007

ORDERED that an order of relief under Chapter 7 of the U.S. Bankruptcy Code is hereby entered against Sommet Group, LLC.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Prepared by:

*/s/ Robert A. Guy, Jr.*
Robert A. Guy, Jr.
Edward M. King
FROST BROWN TODD LLC
424 Church Street Suite 1600
Nashville, Tennessee 37219-2308
615.251.5550
615.251.5551 (Fax)
bguy@fbtlaw.com
tking@fbtlaw.com

Counsel for the Petitioning Creditors

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via first class U.S. Mail, postage prepaid, upon:

Hand Delivery:
Mr. Benjamin S. Purser, Jr.
Registered Agent for Service
725 Cool Springs Blvd., Suite 320
Franklin, Tennessee

Hand Deliver:
Mr. Brian Whitfield
625 German Lane
Franklin, Tennessee 37067

Hand Delivery:
Samuel K. Crocker, Esq.
Interim Trustee
611 Commerce Street
Suite 2720
Nashville, Tennessee 37203

Hand Delivery:
U.S. Trustee
701 Broadway, Suite 318
Nashville, Tennessee 37203

This the 19th day of August, 2010.

/s/ Robert A. Guy, Jr.

NSHLibrary 0120010 . 0579100  91229v2